**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Derek A Anthony v. The State of Texas

Appellate case number:   01-19-00941-CR

Trial court case number: 17-DCR-076698

Trial court:             268th District Court of Fort Bend County

On November 27, 2019, appellant filed a notice of appeal from the trial court's October 23, 2019 order denying appellant's motion to dismiss "on Speedy Trial grounds." The clerk's record was filed on December 10, 2019. The reporter's record was due December 27, 2019 but has yet to be filed. *See* TEX. R. APP. P. 35.1 (setting deadline for filing of appellate record). On January 17, 2020, appellant filed his brief. Because appellant's brief was filed prior to the complete filing of the appellate record, the filing of appellant's brief was premature. *See* TEX. R. APP. P. 38.6(a).

Accordingly, we STRIKE appellant's brief. Appellant's brief will be due 30 days after the date the reporter's record is filed. *See id.* At that time, appellant is directed to file a brief that complies with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1(a)–(j).

Court reporter Mindy R. Hall has advised there is a reporter's record prepared by court reporter Marisol Ramos regarding the motion to dismiss. **Marisol Ramos is directed to file with this Court a reporter's record within thirty (30) days of the date of this notice.** *See* TEX. R. APP. P. 35.2.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: January 30, 2020